# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-03139-REB

CHRISTOF N. KLEIN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#19] entered by Judge Robert E. Blackburn on March 13, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

DATED at Denver, Colorado, this 14th day of March, 2014.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                By: s/Kathleen Finney
                      Kathleen Finney
                      Deputy Clerk